UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

This form is available in a fillable version at *http://cdn.ca9.uscourts.gov/datastore/uploads/forms/Mediation_Questionnaire.pdf*.

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 17-15307 |
| District Court/Agency Case Number(s): | 4:15-cv-03783-JSW |
| District Court/Agency Location: | Northern District of California, Oakland Courthouse |
| Case Name: | MONICA SUD, et al. v. COSTCO WHOLESALE CORPORATION, |
| If District Court, docket entry number(s) of order(s) appealed from: | Docket No. 94; Docket No. 93; Docket No. 76 |
| Name of party/parties submitting this form: | MONICA SUD, individually, and on behalf of all others similarly situated |

Briefly describe the dispute that gave rise to this lawsuit.

This is a putative consumer class action. Plaintiffs allege that Costco knowingly sells farmed Southeast Asian prawns that are derived from a supply chain tainted by slave labor, human rights abuses and human trafficking. Plaintiffs allege that Costco should—but does not—disclose the tainted supply chain to consumers. Plaintiffs also allege that Costco's affirmative statements about its human rights policies are misleading. Plaintiffs allege claims under California Business & Professions Code § 17200, California Business and Professions Code Section 17500, et seq., and the Consumer Legal Remedies Act, Civil Code Section 1750, et seq.

Briefly describe the result below and the main issues on appeal.

Plaintiffs appeal from the District Court's January 24, 2017 Order dismissing the complaint without leave to amend. Plaintiffs appeal only the decision as it applies to Costco, and not to the CP Foods Defendants. In dismissing the case, Judge Jeffrey White held that Costco did not owe Plaintiffs a duty to disclose facts regarding the tainted supply chain and further held that the FAL does not apply to omissions. The Court did not reach certain of Costco's other arguments, including the argument that Plaintiffs' claims are barred by the safe harbor doctrine (this relates to Cal. Civ. Code § 1714.43, the Transparency in Supply Chains Act, which went into effect in California in 2012 and requires certain large retailers to disclose their "efforts to eradicate slavery and human trafficking from its direct supply chain for tangible goods offered for sale").

*(Continue to next page)*

| Describe any proceedings remaining below or any related proceedings in other tribunals. |
|---|
| There are no remaining proceedings before the District Court. Plaintiffs are not aware of related proceedings in other tribunals. However, following the filing of Sud v. Costco et al. there were a number of putative class actions filed by other plaintiffs (represented by other counsel) against other companies, alleging non-disclosure of tainted supply chains. One such case is Barber v. Nestlé USA, Inc. (C.D.Cal. Dec. 9, 2015, No. SACV 15-01364-CJC(AGRx)), at last check these cases are on appeal to the Ninth Circuit. |

| Provide any other thoughts you would like to bring to the attention of the mediator. |
|---|
| N/A, see prior response |

*Any party may provide additional information **in confidence** directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Provide the case name and Ninth Circuit case number in your message. Additional information might include level of interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.*

## CERTIFICATION OF COUNSEL

I certify that:

[x] a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

[x] I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature | /s/ Anne Marie Murphy

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for | Plaintiffs, individually, and on behalf of all others similarly situated

***How to File***: Complete the form and then convert the filled-in form to a static PDF (File > Print > PDF Printer or any PDF Creator). To file, log into Appellate ECF and select File Mediation Questionnaire. (*Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system.*)

## SERVICE LIST

| | |
|---|---|
| NIALL P. McCARTHY (SBN 160175)<br>nmccarthy@cpmlegal.com<br>ANNE MARIE MURPHY (SBN 202540)<br>amurphy@cpmlegal.com<br>**COTCHETT, PITRE & McCARTHY, LLP**<br>San Francisco Airport Center Office<br>840 Malcolm Road Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 692-3606 | **CO-COUNSEL FOR PLAINTIFF**<br>**MONICA SUD AND CECILIA JACOBO** |
| Derek Howard<br>**THE HOWARD LAW FIRM**<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>Tel: (415) 432-7192<br>Fax: (415) 524-2419<br>derek@dhowlaw.com | **CO-COUNSEL FOR PLAINTIFF**<br>**MONICA SUD AND CECILIA JACOBO** |
| Dan Mulligan<br>**JENKINS MULLIGAN & GABRIEL, LLP**<br>10085 Carroll Canyon Road, Suite 210<br>San Diego, CA 92131<br>Tel: (415) 982-8500<br>Fax: (415 982-8515<br>dan@jmglawoffices.com | **CO-COUNSEL FOR PLAINTIFF**<br>**MONICA SUD AND CECILIA JACOBO** |
| Robert A. Mittelstaedt<br>Craig E. Stewart<br>Caroline N. Mitchell<br>David L. Wallach<br>**JONES DAY**<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Tel: (415) 626-3939<br>Fax: (415) 875-5700<br>ramittelstaedt@JonesDay.com<br>cestewart@JonesDay.com<br>cnmitchell@JonesDay.com<br>dwallach@JonesDay.com | **COUNSEL FOR DEFENDANT**<br>**COSTCO WHOLESALE CORPORATION** |

| | |
|---|---|
| Christopher B. Hockett<br>Neal A. Potischman<br>Andrew Yaphe<br>Brooke Pyo<br>**DAVIS POLK & WARDWELL LLP**<br>1600 El Camino Real<br>Menlo Park, California 94025<br>Tel: (650) 752-2000<br>Fax: (650) 752-2111<br>chris.hockett@davispolk.com<br>neal.potischman@davispolk.com<br>andrew.yaphe@davispolk.com<br>brooke.pyo@davispolk.com | **COUNSEL FOR DEFENDANTS CHAROEN POKPHAND FOODS PCL AND C.P. FOOD PRODUCTS, INC.**<br><br>*COURTESY COPY, PLAINITIFFS ARE NOT APPEALING AS TO THE CP ENTITIES* |